**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Frank A. Vega, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Western Oilfields Supply Company, d/b/a | ) | |
| Rain for Rent, Hunt Oil Company, | ) | |
| Streamline Water Services, LLC, and | ) | |
| John Does 1-5, | ) | |
| | ) | Case No. 1:25-cv-293 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 12, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 15th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court